**No. 39961.**—Protests 872809–G, etc., of Testing Machines, Inc. (New York).

Opinion by DALLINGER, J. On the agreed facts paper scales, micrometers, and parts of micrometers were held dutiable as machines and parts at 27½ percent under paragraph 372 as claimed. *Testing Machines, Inc. v. United States* (T. D. 49608) followed.